SLIP OPINION

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE: ARKANSAS SUPREME COURT BOARD OF CERTIFIED COURT REPORTER EXAMINERS | **Opinion Delivered** September 15, 2016 |

## PER CURIAM

The Board of Certified Court Reporter Examiners [the Board] has submitted proposed changes to The Rule Providing for Certification of Court Reporters and the Regulations of the Board of Certified Court Reporter Examiners. Specifically, the Board has proposed that an additional regulation be added. The new regulation permits a court reporter, who has successfully completed a national certification exam, received the accompanying certification, and remains in good standing with the national certification, to petition the Board for certification. Implementation of the new regulation requires minor changes to the existing rules and regulations. We have reviewed the Board's proposal and we adopt the additional regulation along with the accompanying amendments to the rules and regulations. The revisions to the rules and regulations, which are set out in "line-in, line-out" fashion below (new material is underlined; deleted material is lined through), are effective immediately.

SLIP OPINION

**Section 26 of the Regulations of the Board of Certified Court Reporter Examiners Admission by National Certification**

A court reporter, who has successfully completed a national certification exam, received the accompanying certification, and remains in good standing with the national certification, may petition the Board for certification. As used in this Section, "national certification exam" means an exam given by The National Court Reporters Association and/or the National Verbatim Reporters Association. As used in this Section, "the accompanying certification" is limited to a registered professional reporter certificate (RPR) or a certified verbatim reporter certificate (CVR).

Applicants for this alternative certification must file a written application in the form prescribed by the Court, together with documentation establishing the successful completion of the national certification and an application fee as set forth in Section 3 of these Regulations, with the Clerk of the Supreme Court. Applicants and/or applications shall be screened by the Board based upon the criteria outlined in Section 5 of the Rule Providing for Certification of Court Reporters, and those deemed eligible for certification shall be promptly notified.

Prior to receiving the certification from the Board, the applicant must participate in an orientation session at a time and place set by the Board. Certification shall be issued solely in the method by which the applicant is nationally certified.

Upon receiving certification from the Board, the court reporter shall be subject to all applicable Rules and Regulations promulgated by the Board and/or the Supreme Court

including but not limited to: Section 13 regarding continuing education requirements, Section 8 regarding payment of certification renewal fees, Section 19, Section 22, applicable records retention policies, and applicable transcript preparation regulations.

**Section 4 of the Rule Providing for Certification of Court Reporters**

Every applicant ~~examination~~ for certification as a certified court reporter shall file with the clerk of this court a written application in the form prescribed by the Board. Upon request, the clerk of this court shall forward to any interested person application forms together with the text of this rule and a copy of the regulations promulgated by the Board under the provisions of Section 3.

**Section 4 of the Regulations of the Board of Certified Court Reporter Examiners**

Applicants, other than those certified without examination pursuant to Section 6 <u>of the Rule Providing for Certification of Court Reporters or those certified pursuant to Section 26 of these Regulations</u>, shall file not later than 30 days prior to the next examination date, a written application in the form prescribed by the Court, together with an application fee as set forth in Section 3 of these Regulations, with the Clerk of the Supreme Court. Said application fee shall not be refunded in the event the applicant decides not to take the examination or fails the examination. Said application shall state by which method the applicant will test, and certification will be issued solely in that method if the applicant successfully passes the examination.

**Section 5 of the Regulations of the Board of Certified Court Reporter Examiners**

Applicants and/or applications shall be screened by the Board and those deemed eligible ~~to take the examination~~ for certification will be advised and provided all necessary information. ~~of the time and place the test will be conducted~~. Any applicant whose application is denied shall be promptly notified of the action of the Board and the application fee shall be refunded.

**Section 6 of the Regulations of the Board of Certified Court Reporter Examiners**

Applicants for certification, deemed eligible by the Board, shall receive certification upon submitting the application, paying the application fee, and either successfully passing the certification examination or utilizing the provisions of Section 26. Certification shall be issued solely in the method by which the applicant successfully tested.

**Section 17 of the Regulations of the Board of Certified Court Reporter Examiners**

The Executive Secretary of the Board will forward the files containing the names and pertinent information including address, phone number, and email address for all individuals who have passed the certification test or were granted certification pursuant to Section 26 to the Supreme Court Clerk's office where said files will be maintained and stored.

The Executive Secretary will maintain and store all other files pertaining to test results, including all verbatim notes or records, transcripts, and other papers used in

SLIP OPINION

connection with testing for a period of two years following the date of testing, at which time the Executive Secretary may dispose of said files.

It shall be the responsibility of the certified court reporter to provide the Office of the Supreme Court Clerk with written notification of any change of address within fourteen (14) working days. For the purposes of these regulations, written notification by certified or first class mail to the most recent address provided to the Office of the Clerk shall be deemed sufficient.